[No. 13348–9–I. Division One. July 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS McDANIEL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–00934–2, Jack Richey, J. Pro Tem., entered May 20, 1983. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, C.J., and Andersen, J.

[No. 13277–6–I. Division One. July 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. THEODORE EUGENE SPEARMAN, *Defendant,* ERNEST GIVRE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–02723–1, Frank J. Eberharter, J., entered June 6, 1983. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Durham, C.J., and Scholfield, J.

[No. 13187–7–I. Division One. July 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. VERNON J. LOUIE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–02737–1, William C. Goodloe, J., entered May 16, 1983. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, C.J., and Swanson, J.